# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**DONNA MORROW**                                                                                **PLAINTIFF**

**v.**                      **CASE NO. 4:13-CV-00702 BSM**

**ZALE DELAWARE, INC.**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED this 20th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE